# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**BRUCE ALLEN ECHOLS**                                                   **PETITIONER**

v.                        **CASE NO. 5:16-CV-00321 BSM**

**WENDY KELLEY, Director,**
**Arkansas Department of Correction**                              **RESPONDENT**

## **ORDER**

The recommended disposition [Doc. No. 17] submitted by United States Magistrate Judge Beth Deere has been received. Petitioner Bruce Echols has not filed objections. After careful consideration, the recommended disposition is adopted in its entirety. Accordingly, Echols's petition is for writ of *habeas corpus* [Doc. No. 2] is denied and dismissed with prejudice. Further, because Echols has failed to make a substantial showing of the denial of a constitutional right, a certificate of appealability is not issued. *See* 28 U.S.C. § 2253(c).

IT IS SO ORDERED this 21st day of February 2017.

_____
UNITED STATES DISTRICT JUDGE