IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**BRUCE ALLEN ECHOLS**                                                          **PETITIONER**

v.                    **CASE NO. 5:16-CV-00321 BSM**

**WENDY KELLEY, Director,**
**Arkansas Department of Correction**                               **RESPONDENT**

## ORDER

The recommended disposition [Doc. No. 17] submitted by United States Magistrate Judge Beth Deere has been received along with objections submitted by petitioner Bruce Echols. *See* Doc. Nos. 25, 26, 27, 29, 33, 34, 35 (filings often labeled as motions but construed additionally as objections). After *de novo* review, the recommended disposition is adopted in its entirety. Accordingly, Echols's petition is for writ of *habeas corpus* [Doc. No. 2] is denied and dismissed with prejudice, and all pending motions are denied as moot. Further, because Echols has failed to make a substantial showing of the denial of a constitutional right, a certificate of appealability is not issued. *See* 28 U.S.C. § 2253(c).

IT IS SO ORDERED this 1st day of June 2017.

                                                        _____
                                                        UNITED STATES DISTRICT JUDGE